IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. SCHERFFIUS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MULE CREEK STATE PRISON HEALTH CARE,<br><br>　　　　Defendant. | No. C 11-02099 EJD (PR)<br><br>ORDER ADMINISTRATIVELY CLOSING CASE |

　　　　Plaintiff, a prisoner at the Mule Creek State Prison in Ione, California, sent a letter to this Court which was opened as a civil rights complaint on April 28, 2011. Plaintiff was notified that he must file a complaint using the court's form complaint and that he must pay the filing fee or file an In Forma Pauperis application. (Docket Nos. 2 & 3.) In response, Plaintiff filed a letter stating that he never intended to file a civil rights complaint and that the intended recipient of the initial letter was the Receivership Corporation. (Docket No. 4.) He also states that he would have filed a civil action in the Eastern District if that was had been his intent. (Id.)

　　　　The April 28, 2011 letter is clearly addressed to the "Receivership Corporation" and not to this Court. (Docket No. 1 at 1.) Accordingly, it appears that this action was opened in error. The Clerk shall administratively close this action.

DATED: June 6, 2011


EDWARD J. DAVILA
United States District Judge

Order Closing Case
P:\PRO-SE\SJ.EJD\CR.11\02099Scherffius_adm.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL E. SCHERFFIUS,

        Plaintiff,

  v.

MULE CREEK STATE PRISON HEALTH CARE,

        Defendant.

Case Number: CV11-02099 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____6/8/2011_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael E. Scherffius V-96171
Mule Creek State Prison
P. O. Box 409060
Ione, CA 95640-9060

Dated: _____6/8/2011_____

                      Richard W. Wieking, Clerk
                      /s/ By: Elizabeth Garcia, Deputy Clerk